**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HOLLY T.,**
          **Plaintiff,**

                                        **Case No. 2:25-cv-1458**
    **v.**                                 **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Karen L. Litkovitz**

**COMMISSIONER OF SOCIAL SECURITY,**
          **Defendant.**

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Remand. (ECF No. 14.) The Parties move for this matter to be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.*)

Based upon the stipulation of the parties and for good cause shown, the Court **GRANTS** (ECF No. 14) the Parties' Joint Motion to Remand. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). This case is reversed and remanded for further administrative proceedings because of deficits in the Administrative Law Judge's evaluation of medical opinion evidence and the prior administrative medical findings. (ECF No. 14, PageID 4244.) On remand, the Appeals Council will instruct the Administrative Law Judge to further consider Plaintiff's claim, taking any further action necessary to complete the administrative record, including offering Plaintiff the opportunity for a hearing, and issue another decision.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

    **IT IS SO ORDERED.**

<u>6/26/2026</u>                                       <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**